The People of the State of New York, Respondent, v. Jacob J. Schlund, Appellant.

Argued January 24, 1946; decided April 18, 1946.

*Robert E. Noonan* and *William J. Darch* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown, Orrin G. Judd* and *Charles F. Steele* of counsel), for respondent.

Judgments reversed and information dismissed upon the ground that the evidence does not establish the appellant's guilt beyond a reasonable doubt. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, THACHER and DYE, JJ. Dissent: LEWIS and DESMOND, JJ. MEDALIE, J., deceased.